UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WENDY LEE GRIFFITH,

    Plaintiff,

v.                                                                          Case No.: 12-cv-10575

                                                                           Sean F. Cox
COMMISSIONER OF SOCIAL SECURITY,        District Court Judge

    Defendant.                                            Charles E. Binder
                                                                Magistrate Judge

_____/

**ORDER ACCEPTING AND ADOPTING REPORT & RECOMMENDATION**

    On or around February 9, 2012, Wendy Lee Griffith ("Plaintiff") filed a Complaint, appealing from the denial of her application for social security disability insurance benefits and supplemental security income by the Commissioner of Social Security ("Defendant"). (Docket Entry No. 1.) The parties have filed cross-motions for summary judgment. (Docket Entry Nos. 13, 18.) This Court referred this matter to Magistrate Judge Charles E. Binder for a report and recommendation. (Docket Entry No. 3.)

    On July 17, 2013, Magistrate Judge Binder filed his Report and Recommendation ("the R&R"), recommending that the Court **DENY** Plaintiff's Motion for Summary Judgment, **GRANT** Defendant's Motion for Summary Judgment, and **AFFIRM** the findings of the Commissioner. (Docket Entry No. 19, at 1, 12.)

    Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must file objections to the R&R within fourteen (14) days after being served with a copy of the R&R.

1

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed any objections to the R&R.

The Court finds that the issues have been adequately presented in the parties' briefs and that oral argument would not significantly aid the decision making process.  *See* Local Rule 7.1(f)(2), U.S. District Court, Eastern District of Michigan.  The Court therefore orders that the motion will be decided on the briefs.

The Court hereby **ADOPTS** the July 17, 2013, R&R.  For the reasons mentioned in the R&R, **IT IS ORDERED** that Plaintiff's Motion for Summary Judgment is **DENIED**, Defendant's Motion for Summary Judgment is **GRANTED**, and the findings of the Commissioner are **AFFIRMED**.

**IT IS SO ORDERED**.

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated:  August 13, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 13, 2013, by electronic and/or ordinary mail.

S/Jennifer McCoy
Case Manager